**FILED**
APR 1 3 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MODRALL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case: 1:15-cv-00559 ) Assigned To : Unassigned ) Assign. Date : 4/13/2015 |
| BOB CORKER, *et al.*, | ) Description: Pro Se Gen. Civil  (F Deck) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a).

According to the plaintiff, the defendants have committed "ARMED ROBBERY, ATTEMPTED MURDER, RACKETEERING, ETORTION [sic], DRUG TRAFFICKING, REFUSAL OF WITNESS PROTECTION, MULTIPLE VIOLENT CRIMES, MORAL TURPITUDE, CONDUCT UNBECOMING, ETC[.]" Compl. at 5 (page numbers designated by



the Court) (emphasis in original). In addition to prosecuting the defendants for these alleged offenses, the plaintiff demands a "ONE BILLION DOLLAR SETTLEMENT[,] PRESIDENTIAL MEDAL OF FREEDOM WITH DISTINCTION[, and a] NOBEL PEACE PRIZE." *Id.* Wholly absent from the complaint is a statement of a claim showing that the plaintiff is entitled to any relief as against these defendants. For this reason, the complaint does not comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4\10\15

_____
United States District Judge